

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NELSIDA GONZALEZ,

                Plaintiff,

    -against-                          ORDER

                                        20 Civ. 6356 (GBD)

CITY WORLD AUTOMOTIVE HOLDINGS;
CITY WORLD AUTO GROUP LLC; CITY
WORLD TOYOTA; YADEL MORALES, *in his
individual capacity*;

                Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: January 21, 2021
       New York, New York

                                                      SO ORDERED.

                                                      GEORGE B. DANIELS
                                                      United States District Judge