

**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

March 19, 2021

**Via ECF**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: MAR 2 3 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 3 2021

Re: *Nelsida Gonzalez v. City World Automotive Holdings, et al.*;
Case No. 20-CV-6356 (GBD) (SLC)
**Second Request for Extension of Time to Reopen Case**

Dear Judge Daniels:

This office represents Plaintiff Nelsida Gonzalez. Pursuant to Your Honor's Rule II(C), the Plaintiff respectfully writes to request that the reopen deadline of March 22, 2021 be extended by 45 days to May 6, 2021, in order for the parties to finalize the settlement agreement in this matter. While the settlement in principle remains intact, the parties have been working out highly contested issues surrounding the terms of the agreement. Further, the parties have exchanged several drafts of the agreement since the first request was granted. This is the second request to adjourn the reopen deadline and Defendants consent to this request. The first request was granted in its entirety.

We thank Your Honor for your consideration. Kindly contact the Parties should you have any questions.

Respectfully Submitted,

/s/ Yusha D. Hiraman, Esq.
Gregory Calliste, Jr., Esq.
Yusha D. Hiraman, Esq.
**PHILLIPS & ASSOCIATES,**
**Attorneys at Law, PLLC**
*Attorneys for Plaintiff*
45 Broadway, Suite 430
New York, New York 10006
T: (212) 248 – 7431
gcalliste@tpglaws.com
yhiraman@tpglaws.com

CC: Robert Milman, Esq. (*via ECF*)
Emanuel Kataev, Esq. (*via ECF*)